OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 18. 2015

9/16/2015
**ALLEN, BRIAN WAYNE     Tr. Ct. No. D140351AR**                    **WR-58,617-03**
On this day the Application for writ of habeas corpus has been dismissed without
written order; (Ex Parte Ybarra, 149 S.W. 3D 147 (Tex. Crim. App. 2004)); Ex Parte
Florence, 319 S.W. 3d 695 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RETURN TO SENDER
Invalid I.D.#
Name & I.D. Don't Match
Released or No Longer at Facility
Undeliverable

BRIAN WAYNE ALLEN
GIST UNIT - TDC # 1968010
Orange County Sheriffs off.
PO Box 1468
Orange, TX 77631-1468

001181